HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| Suzanne Carey, | No. 12-cv-5025 RBL |
| Plaintiff, | ORDER |
| v. | [Dkt. #21] |
| International Union of Operating Engineers (IUOE) Local 612; Ernie Evans; Ed Taylor, | |
| Defendants. | |

Ms. Carey has moved to re-open her case and have it reassigned. The Court will treat the motion as one for recusal. Under 28 U.S.C. § 144 and 28 U.S.C. § 455, recusal of a federal judge is appropriate if a reasonable person with knowledge of all the facts would conclude that the judge's impartiality might reasonably be questioned. *Yagman v. Republic Insurance*, 987 F.2d 622, 626 (9th Cir. 1993). "In the absence of specific allegations of personal bias, prejudice, or interest, neither prior adverse rulings of a judge nor his participation in a related or prior proceeding is sufficient" to establish bias. *Davis v. Fendler*, 650 F.2d 1154, 1163 (9th Cir. 1981); *see also Liteky v. United States*, 510 U.S. 540, 555 (1994) ("judicial rulings alone almost never constitute valid basis for a bias or partiality motion.").

Ms. Carey's attempt to re-litigate the same case that she has been repeatedly filing for eight years was dismissed under *res judicata*. (*See* Order, Dkt. #17.) Her filings are rambling

Order - 1

and semi-coherent at best.  But despite those obstacles, the Court has made ample efforts to discern her complaints and is unable to find any grounds for recusal.  It is clear that Ms. Carey simply does not like the outcome mandated by law.

      As such, the motion (Dkt. #21) is **DENIED**. The Court will refer the motion to Chief Judge Pechman pursuant to GR 8(c).

      Dated this 23rd day of July 2012.

                                  Ronald B. Leighton  
                                  United States District Judge